1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    JAIME L. PRECIADO
4   Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
5   San Francisco, CA 94105
    Telephone:  (916) 977-8943
6   Facsimile:  (415) 744-0134

7   Attorneys for Defendant

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROY P. BENAVIDEZ,
                                   CASE NO. **2:05-CV-02212-CMK**
12        Plaintiff,
                                   STIPULATION AND ORDER
13      v.                         SETTLING ATTORNEY'S FEES
                                   PURSUANT TO THE EQUAL
14   LINDA S. McMAHON,[1]          ACCESS TO JUSTICE ACT
      Acting Commissioner of       (EAJA)
15    Social Security,

16        Defendant.

17

18       It is stipulated by the parties through their undersigned

19   counsel, with the Court's approval, that counsel for Plaintiff be

20   awarded attorney's fees under the Equal Access to Justice Act (EAJA)

21   in the amount of TWO THOUSAND FOUR HUNDRED FORTY FIVE AND 00/100

22   DOLLARS ($2,445.00), for compensation for legal services rendered on

23

24       [1]  Linda S. McMahon became Acting Commissioner of Social
     Security on January 20, 2007.  Pursuant to Rule 25(d)(1) of the
25   Federal Rules of Civil Procedure, Ms. McMahon should be substituted
     for Jo Anne B. Barnhart as the defendant in this suit.  No further
26   action need be taken to continue this suit by reason of the last
     sentence of section 205(g) of the Social Security Act, 42 U.S.C §
27   405(g).

28
     BENAVIDEZ v. Barnhart
     EAJA Stip & Order
     2:05-cv-02212-CMK                **1**

1  Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

2  constituting a compromise settlement for all fees under the EAJA in

3  this action, but not constituting any admission of Defendant's

4  liability under the EAJA in this action.

5      Payment of the amount specified above shall constitute a

6  complete release from and bar to any and all claims of Plaintiff's

7  counsel relating to EAJA fees in connection with this action,

8  without prejudice to any future request for fees under the Social

9  Security Act, 42 U.S.C. § 406(b).

10

11

12  DATE: January 25, 2007        /s/ Elizabeth L. Gade (as authorized
                                  on January 25, 2007)
13                                ELIZABETH L. GADE
                                  Attorney at Law
14
                                  Attorney for Plaintiff
15

16  DATE: January 25, 2007        McGREGOR W. SCOTT
                                  United States Attorney
17

18                          By:  /s/ Bobbie J. Montoya for
                                  JAIME L. PRECIADO
19                                Special Assistant U.S. Attorney

20                                Attorneys for Defendant

21

22

23

24

25

26

27

28
BENAVIDEZ v. Barnhart
EAJA Stip & Order
2:05-cv-02212-CMK            **2**

1

2

3                               <u>ORDER</u>

4        Counsel for Plaintiff is hereby awarded attorney's fees

5   pursuant to the Equal Access to Justice Act in the amount of

6   $2,445.00, pursuant to the stipulation of the parties.

7        APPROVED AND SO ORDERED.

8

9

10

11   DATED:   January 26, 2007.

12

13   _____

14   **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENAVIDEZ v. Barnhart
EAJA Stip & Order                    **3**
2:05-cv-02212-CMK